UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CECILIA KILAYKO-GULLAS,

                              Plaintiff,

                -against-

LUIS BESTAIN,

                              Defendant.

23-CV-7109 (LTS)

CIVIL JUDGMENT

For the reasons stated in the October 3, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

 Dated:   October 3, 2023
           New York, New York

                              /s/ Laura Taylor Swain
                          LAURA TAYLOR SWAIN
                          Chief United States District Judge